UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAURIE BORDOCK**                                                                              **PLAINTIFF**

v.                              **CASE NO. 4:15CV00313 BSM**

**WAL-MART INC.**                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed without prejudice.

DATED this 30th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE